**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**JOHN E. MANNERY, JR.,**

**Plaintiff,**

**v.** **Case No. 23-CV-1314**

**ANTHONY MOYLE, *et al.***

**Defendants.**

---

**ORDER**

---

On June 3, 2026, the court granted summary judgment in favor of the defendants and dismissed the case. (ECF No. 77.) On July 6, 2026, *pro se* plaintiff John E. Mannery, Jr., filed a notice of appeal. (ECF No. 82.) On September 15, 2026, the court granted Mannery's motion for leave to proceed *in forma pauperis* and ordered Mannery to pay an appellate initial partial filing fee of $1.57 by October 15, 2026. (ECF No. 89.) On September 17, 2026, Mannery filed a motion for permission to use his release account to pay the initial partial filing fee. (ECF No. 90.)

The Prison Litigation Reform Act requires collection of filing fees from a "prisoner's account." 28 U.S.C. § 1915(b). The term "prisoner's account" encompasses both a prisoner's release account and his general account. *Spence v. McCaughtry*, 46 F. Supp. 2d 861, 862 (E.D. Wis. 1999). "A release account is a restricted account maintained by the Wisconsin Department of Corrections to be

used upon the prisoner's release from custody upon completion of his sentence." *Wilson v. Anderson*, Case No. 14-C-798, 2014 WL 3671878 at *3 (E.D. Wis. July 23, 2014) (citing Wis. Adm. Code § DOC 309.466). While the PRLA does not prohibit the use of release accounts, leaving it to the discretion of the court, given the purpose of the release account, federal courts do not deem it prudent to focus on that account as the source of funds to satisfy the PRLA's filing fee payment requirements. *Smith v. Huibregtse*, 151 F. Supp. 2d 1040, 1042 (E.D. Wis. 2001). However, where there are insufficient funds available in a prisoner's regular account, a prisoner's release account may be invaded to satisfy an initial partial filing fee. *See Carter v. Bennett*, 399 F. Supp. 2d 936, 936–37 (W.D. Wis. 2005).

As such, the court **GRANTS** Mannery's motion (ECF No. 90) and will allow him to use his release account to pay his appellate initial partial filing fee.

**IT IS ALSO ORDERED** that a copy of this order be sent to the officer in charge of the institution where Mannery is confined.

**IT IS ALSO ORDERED** that a copy of this order be electronically provided to PLRA Attorney, United States Court of Appeals for the Seventh Circuit, through the court's electronic case filing system.

Dated at Milwaukee, Wisconsin this 23rd day of September, 2026.

BY THE COURT:

NANCY JOSEPH
United States Magistrate Judge